UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| ADNAND RATHOD, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>PROVIDENCE HEALTH & SERVICES,<br>d/b/a PROVIDENCE REGIONAL MEDICAL<br>CENTER and/or PROVIDENCE HOSPITAL<br>OF EVERETT, *et al.*,<br><br>                    Defendants. | No. C20-0064RSL<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO CONSOLIDATE |

This matter comes before the Court on the United States' "Motion to Consolidate Related Cases" (Dkt. # 27) in which the other defendants join (Dkt. # 28 and # 29). Although the motion was filed only in this cause number, the parties in the related case, C20-0394RSL, are represented here and/or have notice of the motion. Plaintiffs do not oppose the motion (Dkt. # 30). The Court therefore finds that consolidation is appropriate under Fed. R. Civ. P. 42(a).

For all of the foregoing reasons, the motion to consolidate is GRANTED.  It is hereby ORDERED that *Rathod v. Providence Health & Services*, Case No. C20-0064RSL, and *Rathod v. Providence Health & Services*, Case No. C20-0394RSL, are consolidated for all purposes. All documents filed in the future regarding these matters shall be filed under cause number C20-

ORDER GRANTING AMERICA RIOS'
MOTION FOR CONSOLIDATION - 1

0064RSL and bear the caption:

| | |
|---|---|
| ADNAND RATHOD, *et al.*, | No. C20-0064RSL |
| Plaintiffs, | |
| v. | |
| PROVIDENCE HEALTH AND SERVICES d/b/a PROVIDENCE REGIONAL MEDICAL CENTER and/or PROVIDENCE HOSPITAL OF EVERETT, *et al.*, | |
| Defendants. | |

The Clerk of Court is directed to close cause number C20-0394RSL.

Plaintiffs shall file a consolidated amended complaint within twenty-one days of the date of this Order. Following amendment, the case management deadlines established in C20-0064RSL at Dkt. # 20 shall govern the consolidated action.

Dated this 29th day of May, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING AMERICA RIOS'
MOTION FOR CONSOLIDATION - 2